**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

October 30, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: ISAAC, Kelly
Dkt. No.: 5:04CR50018-002
**Report of Violation**

Dear Judge Hendren:

This is to report a violation of supervised release in the case of the above offender. The offender was sentenced by Your Honor on December 13, 2004, for one count of conspiracy to distribute methamphetamine. Mr. Isaac was sentenced to 33 months custody of the Bureau of Prisons, a three-year term of supervised release, with the following special conditions: participate in substance abuse treatment, which may include testing, if referred by the probation office, search condition, $100 special assessment fee (paid), and a $7,500 fine. Supervision commenced on July 18, 2006 in the Western District of Arkansas, Fayetteville Division. In August 2006, the defendant relocated to Oklahoma City and supervision was under the direction of U.S. Probation Officer Byron Boese. In July 2007, Mr. Isaac returned to the Western District of Arkansas.

During an office visit with Mr. Isaac on July 20, 2007, he admitted to cocaine use while living in Oklahoma City. Mr. Isaac explained he had been distraught over his ex-wife leaving him again and it caused a relapse as well as his contemplating suicide. We discussed his need for counseling/treatment and Isaac stated he did not believe he will have any future problems but will discuss with this office should he have difficulty.

Contact was established with USPO Boese in Oklahoma City to discuss Isaac's admission of cocaine use. Officer Boese advised that Isaac did admit to using cocaine but all drug screens were negative. According to Officer Boese, from September 6, 2006 to April 25, 2007, Isaac was drug screened seven times and all tests were negative.

Page 2
Isaac, Kelly
Dkt. #5:04CR50018-002

It appears this is an isolated incident with Mr. Isaac and he has complied with his conditions and directives from this office. Since his return to this area, Mr. Isaac was drug screened on July 20, 2007 and October 10, 2007 with negative results. He has obtained steady employment and has encountered no other problems with his supervision. Our office is recommending no action be taken against Mr. Isaac at this time. We will continue to monitor this case closely and report any additional violations.

Should Your Honor require further information, please advise.

Respectfully,

Michael K. Scott
U.S. Probation Officer

Reviewed by

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Take No Action

\_\_\_ Submit Petition for Violation

\_\_\_ Other _____

10/31/07

Honorable Jimm Larry Hendren                Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 31 2007

CHRIS R. JOHNSON, CLERK
BY _____
    DEPUTY CLERK