IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          No. 5:04-CR-50018-002

KELLY ISAAC                                                          DEFENDANT

### O R D E R

At the initial appearance held this date concerning the Probation Petition/Order and Supplemental Probation Petition/Order, the defendant waived the issue of detention. Accordingly, the court considers the matter waived and detains the defendant pending the final revocation hearing. The hearing will be set by separate notice.

SO ORDERED this 3rd day of April 2009.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE